IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DALE THOMPSON,

      Petitioner,                    No. CIV S-05-1158 GEB GGH P

      vs.

TOM L. CAREY, et al.,

      Respondents.                <u>ORDER</u>

_____/

      Respondent has filed a request that this case be stayed pending a ruling by the Ninth Circuit in *Sass v. California Board of Prison Terms*, Case No. 05-16455, after which respondent seeks thirty days to file an answer to the petition. Respondent makes no showing as to why a motion to reconsider or an appeal could not be filed, should there be a ruling favorable for respondent in *Sass*. Moreover, the exigencies of this court's calendar does not lend itself to the granting of such a lengthy time extension to file an answer.

/////
/////
/////
/////
/////

1

1  Accordingly, IT IS ORDERED that respondent's February 27, 2006, motion for a stay
2  is denied. Respondent shall file an answer to the petition within thirty days of the date of this
3  order.
4  Dated: 3/29/06

/s/ Gregory G. Hollows

_____
GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

ggh:kj
thom1158.den