IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DALE D. THOMPSON,

      Petitioner,                        No. CIV S-05-1158 GEB GGH P

      vs.

TOM CAREY, et al.,

      Respondent.                  ORDER

_____/

      Petitioner has requested an extension of time to file objections to the March 27, 2007 findings and recommendations. Good cause appearing, IT IS HEREBY ORDERED that:

      1. Petitioner's April 23, 2007 request for an extension of time is granted; and

      2. Petitioner shall file and serve objections to the March 27, 2007 findings and recommendations on or before May 21, 2007.

DATED: 5/2/07

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:mp
thom1158.111